# Court of Appeals
# of the State of Georgia

ATLANTA, October 16, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0281. KATORRY HANKERSON v. THE STATE.

Katorry Hankerson pled guilty to criminal street gang activity, two counts of aggravated assault, and possession of a firearm by a convicted felon, and in 2022, the trial court imposed a ten-year sentence, with the first three years to be served in confinement and the remainder on probation. In 2025, the trial court entered an order revoking Hankerson's probation and Hankerson filed this direct appeal from the trial court's order. We, however, lack jurisdiction.

Appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, 269 n. 2 (745 SE2d 1) (2013). Compliance with the discretionary appeals procedure is jurisdictional. *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

In this case, Hankerson's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 10/16/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*